

FILED

05/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0177



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 21-0177

**FILED**

MAY 21 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MARRIAGE OF:

FAYE ANN PURMORT,

     Petitioner and Appellee,

**GRANT OF EXTENSION**

  and

STEVE WAYNE PURMORT,

     Respondent and Appellant.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until July 17, 2021, to prepare, file, and serve the Appellant's brief.

DATED this May 21, 2021

Bowen Greenwood
Clerk of the Supreme Court

c:    Steven Wayne Purmort, Penni L. Chisholm

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705